UNITED STATES of America,
Appellee,

v.

David Albert BERTHIAUME, Appellant.

No. 13272.

United States Court of Appeals
Fourth Circuit.

Oct. 8, 1969.

Harold P. Juren, Norfolk, Va. (Court-appointed counsel), on brief for appellant.

Brian P. Gettings, U. S. Atty., and Roger T. Williams, Asst. U. S. Atty., on brief, for appellee.

Before BRYAN, CRAVEN and BUTZNER, Circuit Judges.

PER CURIAM.

The admission in evidence of a confession is the sole trial error assigned on this appeal by David Albert Berthiaume for reversal of his conviction on February 20, 1969 in the District Court at Norfolk, Virginia, for the interstate transportation of a stolen vehicle from Massachusetts to Virginia on July 12, 1968 in violation of 18 U.S.C. § 2312. The record does not corroborate the appellant's argument that the confession was involuntary. The conviction must stand.

Affirmed.

UNITED STATES of America,
Appellee,

v.

Ronald Edward MAPLES, Appellant.

No. 13179.

United States Court of Appeals
Fourth Circuit.

Oct. 6, 1969.

Stedman Hines, Bryson City, N. C. (Court-appointed counsel), on brief for appellant.

William Medford, U. S. Atty., and William M. Styles, Asst. U. S. Atty., on brief, for appellee.

Before SOBELOFF, BOREMAN and BRYAN, Circuit Judges.

PER CURIAM:

The jury's verdict against Ronald Edward Maples for wilfully and maliciously attempting on or about July 11, 1968 to destroy the dwelling of another located on the Cherokee Indian Reservation, a place within the territorial jurisdiction of the United States, in violation of 18 U.S.C. § 1363, was approved on December 3, 1968 by the Federal Court for the Western District of North Carolina. Maples now appeals but we find no merit in his contentions.

Affirmed.